# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-777CAS | Date | September 10, 2008 |
|---|---|---|---|
| Title | EDWARD M. WOLKOWITZ, ETC. v. PERRY LERNER; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers): Defendants' Motion for Entry of a Second Addendum to the Pre-Trial Order** (filed 08/07/08)

    Defendants filed the instant motion on August 27, 2008. Plaintiffs filed their opposition on September 4, 2008. Defendants seek to amend the joint pre-trial order to clarify a fact contained therein in light of plaintiff's arguments at trial. The Court will determine all relevant issues in its findings of fact and therefore no formal amendment of the joint pre-trial order is necessary. Mechmetals Corp. V. Telex Computer Prods., Inc., 709 F.2d 1287, 1294 (9th Cir. 1983). Accordingly, defendants' motion is DENIED.

    IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |