IRELL & MANELLA LLP
William N. Lobel (93202) (wlobel@irell.com)
A. Matthew Ashley (198235) (mashley@irell.com)
Jared R. Gale (232465) (jgale@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Chapter 7 Trustee
Edward M. Wolkowitz

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IMPERIAL CREDIT INDUSTRIES, INC., a California corporation<br><br>  Debtor.<br>_____<br>EDWARD M. WOLKOWITZ, as Trustee for IMPERIAL CREDIT INDUSTRIES, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>PERRY A. LERNER, an individual; SANTA MONICA PICTURES, LLC, a Delaware limited liability company; CORONA FILM FINANCE FUND, LLC, a Delaware limited liability company; and DOES 1 through 40, inclusive,<br><br>  Defendants. | Case No. SACV-07-777 CAS<br><br>Bankruptcy Case No. SA 03-19407 ES<br><br>**JUDGMENT**<br><br>Judge: Hon. Christina A. Snyder |

This action was tried to the Court on May 6-9, 15, 20-22, 27, 2008, with closing arguments heard on August 11, 2008. The issues having been duly tried and the Court having entered its Findings of Fact and Conclusions of Law (Docket No. 198),

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2  That the Court finds in favor of Plaintiff and jointly and severally against:
3  defendants Santa Monica Pictures, LLC, Corona Film Finance Fund, LLC, and
4  Perry A. Lerner on Plaintiff's first claim; and defendants Santa Monica Pictures,
5  LLC and Perry A. Lerner on Plaintiff's second claim.  Defendants Perry A. Lerner
6  and Santa Monica Pictures, LLC are ordered to pay damages of $15,182,976, plus
7  prejudgment interest on 1) $212,000 from December 15, 1997, 2) $36,700 from
8  December 31, 1997, and 3) $14,934,276 from January 12, 1998, resulting in a
9  prejudgment interest award of $11,409,671 and a total judgment of $26,592,647;

10  That Plaintiff is awarded costs against Defendants, jointly and severally, as
11  determined by the Clerk of the Court, in the amount to be determined by proper
12  application;

13  That Plaintiff shall recover post-judgment interest on $26,592,647, from and
14  after October 7, 2008, at the rate of 1.69% pursuant to 28 U.S.C. §1961 until the
15  judgment is satisfied.

16  IT IS SO ORDERED.

18  Dated:  October 7, 2008 _____   *Christina A. Snyder*

    Hon. Christina A. Snyder
    Judge, United States District Court